# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., and
DENISE PAYNE,

      Plaintiffs,

vs.                                    CASE NO. 6:11-CV-1975-ORL-19GJK

LAXMI SAND LAKE HOTEL,
LTD., a Florida limited partnership,

      Defendant.

## ORDER

This case was considered by the Court on Defendant Laxmi Sand Lake Hotel, Ltd.'s Notice of Settlement (Doc. No. 24 filed May 25, 2012). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice, or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this  28th  day of May, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record